438 A.2d 639

Seay, Appellant v. Flewellen.
Petition for Allowance of Appeal Denied Jan. 29, 1982.

Argued April 7, 1981. Joseph Mellace, for appellant; J. Vincent Roche, for appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

438 A.2d 639

Vislocky et al. v. Gillenberger, Appellant v. Longo, Jr.

Submitted May 22, 1981. P. Andrew Diamond, for appellant; James Villanova, for appellees.

Before CERCONE, P. J., and MONTGOMERY and VAN der VOORT, JJ.

The judgment and order of the lower court is affirmed.